```
                              United States Bankruptcy Court
                              Western District of Michigan
In re:                                                                        Case No. 18-04921-jwb
Brent L. Kronk                                                                Chapter 7
          Debtor                         CERTIFICATE OF NOTICE
District/off: 0646-1              User: roundtrd                Page 1 of 3                  Date Rcvd: Mar 21, 2019
                                  Form ID: 318                  Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2019.
db             Brent L. Kronk,    338 Donna Dr,    Lake Odessa, MI 48849-9328
8311437       +Advance Radiology Service,    3264 North Evergreen Dr.,    Grand Rapids, MI 49525-9746
8311439        Andy J. VanBronkhorst,    40 Pearl St NW Fl 5,    Grand Rapids, MI   49503-3021
8311441        Barbara Jean Richardson,    9250 Robbins Rd,    Clarksville, MI 48815-9771
8311442        Barry County Register of Deeds,    220 W State St Rm 102,    Hastings, MI 49058-1849
8311443        Build Masters Rentals LLC,    2970 N Ionia Rd,    Vermontville, MI 49096-9597
8311444        Buildmaster Rentals,    2970 N Ionia Rd,    Vermontville, MI 49096-9597
8311445        CEMS,    100 South Owasso Blvd,    St. Paul, MN 55117
8311446      ++CERTIFIED EMERGENCY MEDICINE SPECIALISTS PC,    DEPT 9104,    PO BOX 30516,
                LANSING MI 48909-8016
              (address filed with court: Certified Emergency Medical Specialists,    P.O. Box 2184,
                Grand Rapids, MI   49501)
8311448        Dalimonte Law,    450 E Saginaw Hwy,    Grand Ledge, MI   48837-2186
8311449        Digit Inc.,    1601 S M 37 Hwy,    Hastings, MI 49058-9308
8311450       +EDWARD P TROSHAK DDS,    850 E Saginaw Ste E,    Grand Ledge, MI 48837-8410
8311452       +Hastings Emergency Physicians-,    1009 W. Green St,    Hastings, MI 49058-1710
8311453        IONIA COUNTY Register of Deeds,    100 W Main St,    Ionia, MI 48846-1651
8311454        Julie Johnson,    5711 N Clark Rd,    Woodland, MI   48897-9711
8311456        Lawrence J. Emery,    924 Centennial Way,    Lansing, MI   48917-8247
8311457       +Metro Health Hospital,    PO Box 917,    Wyoming, MI 49509-0917
8311458       +Pennock Hospital,    1009 West Green Street,    Hastings, MI 49058-1790
8311460        Rick Risk,    PO Box 517,    Lake Odessa, MI   48849-0517
8311462       +Seterus, Inc,    14523 SW Millikan Way St,    Beaverton, OR 97005-2352
8311463        Seterus, Inc.,    Attn: Bankruptcy,    PO Box 1077,    Hartford, CT   06143-1077
8311464        Smith & Johnson,    PO Box 705,    Traverse City, MI   49685-0705
8311465       +Smith Johnson & Brandt,    603 Bay Street,    Traverse City, MI 49684-2005
8311466        Southwest Radiology,    245 Cherry St SE Ste 102,    Grand Rapids, MI   49503-4607
8311467        Spectrum Health,    PO Box 120153,    Grand Rapids, MI 49528-0103
8311469        Walkington Well Drilling,    2255 E Musgrove Hwy,    Lake Odessa, MI   48849-9526
8311470        Walter J. Downes,    174 E Adams St,    Ionia, MI   48846-1640
8311472        Woltco Inc.,    700 Main St,    Coopersville, MI   49404-1363

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Mar 21 2019 23:33:21      Andy Vara,
                Office of the US Trustee,    The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
                Grand Rapids, MI 49503-2865
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Mar 21 2019 23:33:21      Daniel J. Casamatta,
                Assistant U.S. Trustee,    Office of the U.S. Trustee,    The Ledyard Building, 2nd Floor,
                125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2865
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Mar 21 2019 23:33:21      Daniel M. McDermott,
                Office of the US Trustee,    The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
                Grand Rapids, MI 49503-2865
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Mar 21 2019 23:33:21      David W. Asbach,
                Office of the US Trustee,    The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
                Grand Rapids, MI 49503-2865
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Mar 21 2019 23:33:21      Dean E. Rietberg,
                Trial Attorney,    Office of the US Trustee,    The Ledyard Building, 2nd Floor,
                125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2865
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Mar 21 2019 23:33:21      Habbo G. Fokkena,
                Office of the United States Trustee,    Michigan/Ohio Region 9,
                The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2837
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Mar 21 2019 23:33:21      Matthew T. Cronin,
                Office of the US Trustee,    The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
                Grand Rapids, MI 49503-2865
ust            +E-mail/Text: matthew.w.cheney@usdoj.gov Mar 21 2019 23:34:45      Matthew W. Cheney,
                Office of the US Trustee,    The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
                Grand Rapids, MI 49503-2865
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Mar 21 2019 23:33:21      Michael V. Maggio,
                Trial Attorney,    Office of the US Trustee,    The Ledyard Building, 2nd Floor,
                125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2865
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Mar 21 2019 23:33:21      Michelle M. Wilson,
                Trial Attorney,    Office of the US Trustee,    The Ledyard Building, 2nd Floor,
                125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2865
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Mar 21 2019 23:33:21      United States Trustee,
                Michigan/Ohio Region 9,    The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
                Grand Rapids, MI 49503-2837
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Mar 21 2019 23:33:21      United States Trustee,
                The Ledyard Building, 2nd Floor,    125 Ottawa Avenue NW, Suite 200R,
                Grand Rapids, MI 49503-2837
8311440       +EDI: CINGMIDLAND.COM Mar 22 2019 03:03:00      AT & T Mobility,    2612 North Roan Street,
                Johnson City, TN 37601-1708
8311438       +E-mail/Text: EBN_Zeeland@abscollect.com Mar 21 2019 23:35:01      Allied Business Sevices,
                PO Box 1799,    Holland, MI 49422-1799
8311447       +EDI: SEARS.COM Mar 22 2019 03:03:00      Citi bank- Sears,    P.O. Box 6923,
                The Lakes, NV 88901-0001
```

```
District/off: 0646-1           User: roundtrd              Page 2 of 3              Date Rcvd: Mar 21, 2019
                               Form ID: 318                Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
8311451        E-mail/Text: bknotice@ercbpo.com Mar 21 2019 23:33:49      Enhanced Recovery Co L,
                8014 Bayberry Rd,    Jacksonville, FL 32256-7412
8311455       +E-mail/Text: collections@lafcu.com Mar 21 2019 23:34:33
                Lansing Automaker Federal Credit Union,    106 North Marketplace Blvd,    Lansing, MI 48917-7753
8311459        E-mail/Text: ADJ@PFCU4ME.COM Mar 21 2019 23:34:32      PFCU,    4035 S State Rd,
                Ionia, MI 48846-9472
8311461        E-mail/Text: EBN_LansingMRN@Receivemorermp.com Mar 21 2019 23:34:53      Rmp Services,
                8155 Executive Ct Ste 10,    Lansing, MI 48917-7774
8311468       +E-mail/Text: MarcsBankruptcyUnit@michigan.gov Mar 21 2019 23:34:22
                State Of Michigan Department Of Treasury,    P.O. Box 30199 Collections,
                Lansing, MI 48909-7699
                                                                                              TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8311476*      +AT & T Mobility,    2612 North Roan Street,    Johnson City, TN 37601-1708
8311473*      +Advance Radiology Service,    3264 North Evergreen Dr.,    Grand Rapids, MI 49525-9746
8311474*      +Allied Business Sevices,    PO Box 1799,    Holland, MI 49422-1799
8311475*       Andy J. VanBronkhorst,    40 Pearl St NW Fl 5,    Grand Rapids, MI 49503-3021
8311477*       Barbara Jean Richardson,    9250 Robbins Rd,    Clarksville, MI 48815-9771
8311478*       Barry County Register of Deeds,    220 W State St Rm 102,    Hastings, MI 49058-1849
8311479*       Build Masters Rentals LLC,    2970 N Ionia Rd,    Vermontville, MI 49096-9597
8311480*       Buildmaster Rentals,    2970 N Ionia Rd,    Vermontville, MI 49096-9597
8311481*       CEMS,    100 South Owasso Blvd,    St. Paul, MN 55117
8311482*     ++CERTIFIED EMERGENCY MEDICINE SPECIALISTS PC,    DEPT 9104,    PO BOX 30516,
                LANSING MI 48909-8016
                (address filed with court: Certified Emergency Medical Specialists,     P.O. Box 2184,
                Grand Rapids, MI 49501)
8311483*      +Citi bank- Sears,    P.O. Box 6923,    The Lakes, NV 88901-0001
8311484*       Dalimonte Law,    450 E Saginaw Hwy,    Grand Ledge, MI 48837-2186
8311485*       Digit Inc.,    1601 S M 37 Hwy,    Hastings, MI 49058-9308
8311486*      +EDWARD P TROSHAK DDS,    850 E Saginaw Ste E,    Grand Ledge, MI 48837-8410
8311487*       Enhanced Recovery Co L,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
8311488*      +Hastings Emergency Physicians-,    1009 W. Green St,    Hastings, MI 49058-1710
8311489*       IONIA COUNTY Register of Deeds,    100 W Main St,    Ionia, MI 48846-1651
8311490*       Julie Johnson,    5711 N Clark Rd,    Woodland, MI 48897-9711
8311491*      +Lansing Automaker Federal Credit Union,    106 North Marketplace Blvd,    Lansing, MI 48917-7753
8311492*      +Lawrence J. Emery,    924 Centennial Way,    Lansing, MI 48917-8247
8311493*      +Metro Health Hospital,    PO Box 917,    Wyoming, MI 49509-0917
8311495*     ++PFCU,    ATTN ATTN TRISHA WILLIAMS,    9077 CHARLOTTE HWY,    PORTLAND MI 48875-8417
                (address filed with court: PFCU,    4035 S State Rd,    Ionia, MI 48846-9472)
8311494*      +Pennock Hospital,    1009 West Green Street,    Hastings, MI 49058-1790
8311496*       Rick Risk,    PO Box 517,    Lake Odessa, MI 48849-0517
8311497*       Rmp Services,    8155 Executive Ct Ste 10,    Lansing, MI 48917-7774
8311498*      +Seterus, Inc,    14523 SW Millikan Way St,    Beaverton, OR 97005-2352
8311499*       Seterus, Inc.,    Attn: Bankruptcy,    PO Box 1077,    Hartford, CT 06143-1077
8311500*       Smith & Johnson,    PO Box 705,    Traverse City, MI 49685-0705
8311501*      +Smith Johnson & Brandt,    603 Bay Street,    Traverse City, MI 49684-2005
8311502*       Southwest Radiology,    245 Cherry St SE Ste 102,    Grand Rapids, MI 49503-4607
8311503*       Spectrum Health,    PO Box 120153,    Grand Rapids, MI 49528-0103
8311504*      +State Of Michigan Department Of Treasury,    P.O. Box 30199 Collections,
                Lansing, MI 48909-7699
8311507*      +WEst Michigan Surgical Specialists PLC,    245 Cherry S.E. Suite 102,
                Grand Rapids, MI 49503-4607
8311505*       Walkington Well Drilling,    2255 E Musgrove Hwy,    Lake Odessa, MI 48849-9526
8311506*       Walter J. Downes,    174 E Adams St,    Ionia, MI 48846-1640
8311508*       Woltco Inc.,    700 Main St,    Coopersville, MI 49404-1363
8311471      ##+WEst Michigan Surgical Specialists PLC,    245 Cherry S.E. Suite 102,
                Grand Rapids, MI 49503-4607
                                                                                   TOTALS: 0, * 36, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0646-1          User: roundtrd              Page 3 of 3                  Date Rcvd: Mar 21, 2019
                              Form ID: 318                Total Noticed: 48
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2019 at the address(es) listed below:
              James Anthony Siver    on behalf of Debtor Brent L. Kronk jsiver@siverlaw.com,
               G18958@notify.cincompass.com;tsiver@siverlaw.com;jsiver@siverlaw.com
              Michael P. Hogan    on behalf of Creditor   Seterus, Inc., as authorized subservicer for Federal
               National Mortgage Association (Fannie Mae), a corporation organized and existing under the laws
               of the United States of America (Creditor) mhogan@sspclegal.com,   stremonti1@sspclegal.com
              Thomas A. Bruinsma    thomasbruinsma@earthlink.net,  MI08@ecfcbis.com
                                                                                             TOTAL: 3
```

Official Form 318 (12/15)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Brent L. Kronk**<br>338 Donna Dr<br>Lake Odessa, MI 48849–9328<br>SSN: xxx–xx–4810<br><br>**Debtor** | **Case Number 18–04921–jwb**<br><br>**Chapter 7**<br><br>**Honorable James W. Boyd** |

# Order of Discharge

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Brent L. Kronk
aka Brent Kronk, aka Brent Kronk

**By the court:**

**DATE:** March 21, 2019

_____
James W. Boyd
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**For more information, see page 2 >**

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**